IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-02776-CBS-BNB

MICHAEL J. NIEWOONDER,
    Plaintiff,
v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On March 16, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 19). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-02776-CBS-BNB**.

1

II.     Order of Reference

The Order of Reference dated December 30, 2008 (doc. # 6) is hereby VACATED. This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case. A settlement conference is currently set before Magistrate Judge Boland on April 27, 2009 at 1:30 p.m.

III.    Order

A.      The deadlines and settings set forth in the Scheduling Order dated March 6, 2009 (doc. # 14) remain unchanged.

B.      Defendant filed a Motion to Dismiss on January 9, 2009. (*See* doc. # 8). Pursuant to the Local Rules of Practice of the United States District Court for the District of Colorado, Mr. Niewoonder's response to the Motion to Dismiss was due on or about January 29, 2009. As of this date, Mr. Niewoonder has not filed a response to the Motion to Dismiss. The court now directs that **Mr. Niewoonder shall file any response he has to the Motion to Dismiss on or before April 29, 2009**.

C.      **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Monday June 1, 2009 at 9:15 a.m.** Mr. Niewoonder and counsel for Defendant shall arrange a telephone conference call among themselves before telephoning the court at (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 18th day of March, 2009.

                                                               BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge