IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02776-CBS-BNB

MICHAEL J. NIEWOONDER,

Plaintiff,

v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 11, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 27, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge