IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-02776-CBS-BNB

MICHAEL J. NIEWOONDER,
    Plaintiff,
v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.,
    Defendant.
_____

ORDER ON STIPULATION OF DISMISSAL
_____

This civil action comes before the court on the parties' "Stipulation of Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1)(A) (filed May 12, 2009) (doc. # 24). On March 16, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 19). The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' Stipulation is approved.

    2.    All deadlines and settings in this action are hereby VACATED.

    3.    This civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), with each party to bear his or its own attorney fees and costs.

DATED at Denver, Colorado, this 12th day of May, 2009.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              United States Magistrate Judge